

Notsee /IFP

**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Charles Maurice Catlett QQ6837

**Full Name of Plaintiff        Inmate Number**

v.

Superintendent Close
**Name of Defendant 1**

Deputy Superintendent James
**Name of Defendant 2**

Security-Captain Mooney
**Name of Defendant 3**

Security-Lieutenant Oliver
**Name of Defendant 4**

Security-Lieutenant McCully
**Name of Defendant 5**

(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil No. 3:26cv611
(to be filled in by the Clerk's Office)

(___) Demand for Jury Trial
(___) No Jury Trial Demand

**RECEIVED**

APR - 6 2026

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

_____    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

_____    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents,</u> 403 U.S. 388
(1971) (federal defendants)

_____    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

II.    **ADDRESSES AND INFORMATION**

A.    **PLAINTIFF**

Catlett, Charles, M.

Name (Last, First, MI)

QQ6837

Inmate Number

State Correctional Institution - Houtzdale

Place of Confinement

P.O. Box 1000   209 Institution Drive

Address

Houtzdale, Clearfield County, Pennsylvania, 16698-1000

City, County, State, Zip Code


Indicate whether you are a prisoner or other confined person as follows:

___    Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

X    Convicted and sentenced state prisoner

___    Convicted and sentenced federal prisoner


B.    **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Mr. Close

Name (Last, First)

Superintendent

Current Job Title

209 Institution Drive - State Correctional Institution - Houtzdale

Current Work Address

Houtzdale, Clearfield County, Pennsylvania, 16698-1000

City, County, State, Zip Code

Defendant 2:

Mr. James

Name (Last, First)

Deputy Superintendent

Current Job Title

209 Institution Drive - State Correctional Institution - Houtzdale

Current Work Address

Houtzdale, Clearfield County, Pennsylvania, 16698-1000

City, County, State, Zip Code


Defendant 3:

Mr. Mooney

Name (Last, First)

Captain - Security

Current Job Title

209 Institution Drive - State Correctional Institution - Houtzdale

Current Work Address

Houtzdale, Clearfield County, Pennsylvania, 16698-1000

City, County, State, Zip Code


Defendant 4:

Mr. Oliver

Name (Last, First)

Lieutenant - Security

Current Job Title

209 Institution Drive - State Correctional Institution - Houtzdale

Current Work Address

Houtzdale, Clearfield County, Pennsylvania, 16698-1000

City, County, State, Zip Code


Defendant 5:

Mr. McCully (or. McCally)

Name (Last, First)

Lieutenant - Security

Current Job Title

209 Institution Drive - State Correctional Institution - Houtzdale

Current Work Address

Houtzdale, Clearfield County, Pennsylvania, 16698-1000

City, County, State, Zip Code

## III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

On IB-Block (Co-Occuring Therapeutic Community) between February 2025 and June 2025.

B. On what date did the events giving rise to your claim(s) occur?

Between February 2025 and June 2025 (ongoing/perpetual events)

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

1. I was physically assaulted/attacked by gang members (inmates) during my time on IB block. Jumped, stabbed, and a few instances was beaten close to death.
2. My mail was held back from being sent out for well over a month and a half.
3. Was prevented from use of (the) institution phone(s) by the facility.
4. Was deprived of "Due Process" by the PREA and Grievance Officers as well as by the Secretary of Prisons.
5. Was/am being monitored in the showers as well as throughout the Entire grounds of the prison.
6. Defamation of Character by Correctional Officers

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1. Physical Assaults
2. Invasion of Privacy
3. Violation of 1st Amendment
4. Lack of "Due Process"
5. PREA Violations
6. Violation of 8th Amendment
7. Terrostic Threats
8. Verbal Assault

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Physical, emotional, mental trauma • Physical scars sustained from multiple assaults
Decreased socializing / increased isolation to create safety / security • Reoccuring thoughts of traumatic events • Effects sleep, work performance and causes me to stay all day in the cell

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

1. Injuction (Order)
2. Punitive Damages
3. Compensatory Damages

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

_____
Date