Smart Communications/PADOC
SCI-Houtzdale
Charles Catlett
QG 837
P.O. Box 33028
St Petersburg, FL 33733

Western District
700 Grant Street
Room 3110
Pittsburgh, PA 15219-1957

INMATE MAIL
PA DEPT
OF CORRECTIONS



quadient
FIRST-CLASS MAIL
IMI
$002.17²
04/03/2026 ZIP 16698
043M3220728
US POSTAGE