Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

_____ Division

**FILED**

MAY 1 5 2026

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **Charles Maurice CATLETT** | ) | Case No. **3:26 cv 611** |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) | |
| -v- | ) ) ) | **RECEIVED** |
| **Department of Corrections/SCI-Houtzdale** | ) ) | MAY 1 5 2026 |
| *Defendant(s)* | ) | CLERK, U.S. DISTRICT COURT |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) ) ) | FOR THE WESTERN DISTRICT OF PENNSYLVANIA |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    *Charles Maurice Catlett*

All other names by which
you have been known:

ID Number    QQ6837

Current Institution    SCI-Houtzdale

Address    P.O. Box 1000    209 Institution Drive

Houtzdale    PA    16698-1000
 City    State    Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Mr. Close

Job or Title *(if known)*    Superintendent

Shield Number

Employer    Department of Corrections - SCI Houtzdale

Address    P.O. Box 1000    209 Institution Drive

Houtzdale    PA    16698-1000
 City    State    Zip Code

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name    Mr. James

Job or Title *(if known)*    Deputy Superintendent

Shield Number

Employer    Department of Corrections - SCI Houtzdale

Address    P.O. Box 1000    209 Institution Drive

Houtzdale    PA    16698-1000
 City    State    Zip Code

[✓] Individual capacity    [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                Mr. Mooney
    Job or Title *(if known)*      Captain (Security)
    Shield Number
    Employer         Department of Corrections - SCI Houtzdale
    Address           P.O. Box 1000   209 Institution Drive

                              Houtzdale        PA      16698-1000
                                    *City*           *State*      *Zip Code*

                       ☑ Individual capacity      ☑ Official capacity

Defendant No. 4
    Name                Mr. Oliver
    Job or Title *(if known)*      Lieutenant (Security)
    Shield Number
    Employer         Department of Corrections - SCI Houtzdale
    Address           P.O. Box 1000   209 Institution Drive

                              Houtzdale        PA      16698-1000
                                    *City*           *State*      *Zip Code*

                       ☑ Individual capacity      ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    ○ 1st Amendment ○ Right to privacy without the use of camera(s) in my living quarters/showers ○ Right to file Grievance(s)/Suit(s) without Retaliation ○ Right to live in safe environment under the State Supervision/Custody

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

• Mr. Close - Superintendent, is the overseer and facilitator of the institution and in charge the subordinates he hires and employs.
• Mr. James - Deputy Superintendent, hires the Security personnel. (Cameras)
• Mr. Mooney - Captain (Security)
• Major DeFeliece - Head of and overseer of ALL Management Team Personnel as well as Corrections Officer(s).

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Between January and August of 2024 on IB block in SCI-Houtzdale

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Between the months of January and August of 2024

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

- I was physically assaulted on multiple occasions under the knowledge of several Correction Officers by inmates who were active gang members.
- Mail was tampered with and was prevented from going out or coming in
- Phone usage was prohibited for an extensive period
- Cameras/microphones were illegally planted in each cell I've occupied AND still are.
- Slander: Being labeled by Corrections Officers as being a "rat" and a "cop" for both filing grievances on fellow COs and for rumors about me that started in the streets that followed me in the facility by gang members.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- Slashed on the left side of the back of my head.
- Jumped (assaulted) by multiple inmates which resulted in the disfigurement of my nose, assumed broken.
- Stabbed on the right upper side of my back.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- Requesting the sum of five-million U.S. dollars ($5,000,000) for the pain and suffering caused under the supervision and custody of the Department of Corrections due to negligence of security of my safety and well-being, as well as the on-going trauma I continue to suffer on a daily basis that causes me to continue to take medication(s), greatly affects my sleep due to re-occurring nightmares, and the affected performance at work. Also, COs as well as inmates monitor me in the showers, which I grieved a few times, in which I still have in my possession.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Department of Corrections — SCI Houtzdale

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?
      SCI-Hartzdale

At SCI-Hartzdale AND also wrote to the Secretary of Prisons.

2.    What did you claim in your grievance?
   • Of being illegally watched in the shower(s) by Correction Officers.
   • My mail being prevented from going out and/or being given to me.
   • The usage of the Block phone not being made available to me for weeks at a time.

3.    What was the result, if any?
   • The shower Grievance was turned into a PREA, but was, however rejected/dismissed.
   • My mail was thereafter suddenly returned to and sent out.
   • The facility, after several Grievances, restored back to me the use of the institution phone.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
   • For the shower(s) Grievance as well as the cameras and microphones have been illegally planted in my cells (even at current day) I corresponded with the Secretary of Prisons.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

○ When I was attacked and stabbed in the back of the head, I thought things would pass. I also learned that the "powers that be" that run this institution look out and protect their own.

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

○ Ms. Coval - I Block Psyche     ○ The Pennsylvania Prison Society
○ Pastor Pasternak               ○ Mrs. Swanson (B-Block Unit Mgr at the time)
○ Secretary of Prisons           ○ Lt. Mooney (Security
○ The Superintendent (Warden)    ○ Mr. Miller (Parole Agent / SCI Houtzdale)

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: Please see "Rejected Greivance(s)" that have accompanied this packet.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____ N/A _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.    Docket or index number

_____ N/A _____

4.    Name of Judge assigned to your case

_____ N/A _____

5.    Approximate date of filing lawsuit

_____ N/A _____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)          N/A

Defendant(s)

2.  Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.  Docket or index number

N/A

4.  Name of Judge assigned to your case

N/A

5.  Approximate date of filing lawsuit

N/A

6.  Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5/3/2026

Signature of Plaintiff    *Charles M. Catlett*

Printed Name of Plaintiff    Charles Maurice Catlett

Prison Identification #    QQ6837

Prison Address    SCI-Houtzdale P.O. Box 1000 209 Institution Drive
Houtzdale                            PA    16698-1000
                City                              State        Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____
                City                State        Zip Code

Telephone Number    _____

E-mail Address    _____