TO: Capt.                  - Security Office

DATE: 12/2/25

RE: Inmate Grievance #1180362

DUE DATE: 12/23/25

The attached grievance has been accepted and assigned to you for review in accordance with DC-ADM 804, Section 1. As the assigned Grievance Officer, you are to investigate and prepare the Initial Grievance Response. Your response must be entered through CAPTOR. You are responsible to have your clerical staff proofread prior to the response being entered. Responsibility of the Grievance Coordinator is to review for consistency with policy and procedure.

After the Grievance Coordinator reviews your initial response, you will need to go back in and print the response and process it accordingly. Remember, you will have to go back into the system and post a distribution date.

**Distribution of the initial response should be as follows:**

Inmate: **Original of initial response only.**

Supt's Assistant: Hard copy of grievance response, supporting documentation / video if applicable.

DC-15: Canary copy of grievance, grievance response, and all paperwork attached to the grievance.

Scan and Email to: CR-HOU Grievance Scan and Others as needed.

If you designate your grievance as frivolous, the following language should be included in the rationale: "This grievance is deemed frivolous as it lacks an arguable basis in law, fact and/or policy."

**Distribution of Withdrawn Grievances:**

Supt's Assistant: Original signed withdrawal and canary copy of grievance.

**THIS PAGE IS FOR INFORMATIONAL PURPOSES ONLY AND SHOULD BE DISCARDED.**

**DC-804**
**Part 1**

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS

FOR OFFICIAL USE
*11 80362*
GRIEVANCE NUMBER

### OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Hootzdale | DATE: 12/1/2025 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Charles CATLETT - QQ4837 | SIGNATURE OF INMATE: *Charles Catlett* | |
| WORK ASSIGNMENT: AM Kitchen Worker | HOUSING ASSIGNMENT: BB-2 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

I can't state exactly when I noticed, but my mail has been blocked from being sent out, especially those of the legal variety. On Thursday November 20th, 2025, I sent out letters to various entities; each with two Cash-Slips so one of them would be returned to me, serving as both a receipt and proof that each letter was sent out. Those Cash-Slips have failed to find their way back to me. These letters, I believe, along with my name in the mailroom, have been blacklisted because of my complaints of the treatment toward me from this prison. This Grievance is for Wanda Neirick, head of the Mailroom.

B. List actions taken and staff you have contacted, before submitting this grievance.

Wrote the mailroom inquiring if they are able to send me a list of people I've recently (attempted to) send mail to upon my request to no avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

12-2-25
Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

***DC-ADM 804, Inmate Grievance System Procedures Manual***
***Section 1 – Grievances & Initial Review***

**Attachment 1-A**

Issued: 1/26/2016
Effective: 2/16/2016



# Rejection Form

SCI Houtzdale
209 Institution Drive
Houtzdale, PA, 16698-1000

11/13/2025 08:14

| Inmate Name: | CATLETT CHARLES M. | DOC #: | QQ6837 |
|---|---|---|---|
| Facility: | Houtzdale | Unit Location: | B/A-20 |
| Grievance #: | 1177309 | | |

This serves to acknowledge receipt of your grievance to this office. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", I have reviewed all documents provided as part of the grievance. Upon consideration of the grievance, it is the decision of this office to reject your grievance due to a failure to comply with the provisions of the DC-ADM 804, as specified below:

**Rationale:**

- The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.
- Grievance must be legible, understandable, and presented in a courteous manner.
- Grievances based upon different events must be presented separately.

**Response:**

You do not grieve a specific even that can be investigated. In order to properly investigate a grievance you need to grieve a specific event that can be reviewed and looked into. You state you have been harassed by staff/UM and that inmates have made death threats; these are two different issues. Further, you do not state how you were harassed and/or when. You do not state what threats were made by inmates, when they were made, by whom, and what staff was aware of it and encouraged it. You are only permitted to grieve an issue that occurred within the past 15 working days.

| Signature: | |
|---|---|
| Name: | S. Hnatkovich |
| Title: | Facility Grievance Coordinator |
| Date: | 11-13-25 |

cc: Facility Grievance Coordinator
    DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-C**          Issued: 1/26/2016  Effective: 2/16/2016

QQ6837    Grievance #:          1177309

CATLETT, CHARLES M                                                          Page 1 of 1

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
*1177309*
GRIEVANCE NUMBER

### OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: SCI Houtzdale | DATE: 11/9/2025 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Charles CATLETT - QQ6837 | SIGNATURE OF INMATE: Charles Catlett | |
| WORK ASSIGNMENT: AM Kitchen Worker | HOUSING ASSIGNMENT: B-A 24 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

From Thursday September 25th, up til November 7th, I have requested to be removed off of B-A. From day 1, which would be Monday, August 11th, I have been harrassed me, been presented with death threats by inmates where both the C.O.'s and the Management Team not only was made aware of it, but approved and encouraged it. I was told that I would be moved once PRT voted me no longer eligible for RTU status but Unit Manager Mrs. Swanson continues to purposely put me in harm's way, She, I believe, has been, and continues to do this so that the death threats may materialize. I would like to be removed from this block IMMEDIATELY.

This Grievance is on Unit Manager Swanson

B. List actions taken and staff you have contacted, before submitting this grievance.

I've, on a continual basis, have requested to be removed from BA and have stayed in my cell because of the threats posed against me.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

RECEIVED
SUPT'S ASST OFFICE
NOV 13 2025
SCI-HOUTZDALE
HOUTZDALE, PA 16698

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 1-A**



# Rejection Form

SCI Houtzdale
209 Institution Drive
Houtzdale, PA, 16698-1000

11/17/2025 12:38

| Inmate Name: | CATLETT, CHARLES M | DOC #: | QQ6837 |
| Facility: | Houtzdale | Unit Location: | B / A 2i |
| Grievance #: | 1177929 | | |

This serves to acknowledge receipt of your grievance to this office. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", I have reviewed all documents provided as part of the grievance. Upon consideration of the grievance, it is the decision of this office to reject your grievance due to a failure to comply with the provisions of the DC-ADM 804, as specified below:

**Rationale:**

- DC-ADM 008 Prison Rape Elimination Act (PREA) – allegations of a sexual nature against a staff member and/or inmate-on-inmate sexual contact
- The grievance was not signed and/or dated with correct commitment name, number, contained UCC references, or was not presented in proper format.

**Regarding Policy DC-ADM 008:** Sexual abuse is taken seriously by the Department of Corrections. Any allegations of a sexual nature (abuse/harassment) against a staff member or inmate-on-inmate sexual abuse must be investigated to make sure that inmates are safe in this facility. This grievance is being forwarded to the Security Office and the PREA Compliance Manager for initiation of an investigation.

**Response:**

Forwarded to appropriate staff for investigation under DC-ADM 008. No inmate number.

| Signature: | |
| Name: | S. Hnatkovich |
| Title: | Facility Grievance Coordinator |
| Date: | 11-17-25 |

cc: Facility Grievance Coordinator
DC-15

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-C**          Issued: 1/26/2016  Effective: 2/16/2016

QQ6837    Grievance #:          1177929

CATLETT, CHARLES M                                                                 Page 1 of 1

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
*1177829*
GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: *Houtzdale* | DATE: *11/12/2025* |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) *Charles Slattett* | SIGNATURE OF INMATE: *Charles Slattett* | |
| WORK ASSIGNMENT: *AM Kitchen Worker* | HOUSING ASSIGNMENT: *B-A-24* | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

CO Reeler has been watching me in the shower through a camera on the screen at the panel at the Officers desk. The last time that it happened was today when I arrived from the kitchen around 11:15am - 11:20am. This has been going on for some time and she has made ref(erences) to me having a small penis to other officers who stand and watch me in the shower. I feel insecure whenever I'm in her presence, especially when in the shower. I would also like a Separation filed and initated against him. If I need to be moved off the Block and her get reprimanded, I would be greatly pleased.

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator                    Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy



# Rejection Form
## SCI Houtzdale
209 Institution Drive
Houtzdale, PA, 16698-1000

12/17/2025 08:56

| Inmate Name: | CATLETT, CHARLES M | DOC #: | QQ6837 |
|---|---|---|---|
| Facility: | Houtzdale | Unit Location: | B / B |
| Grievance #: | 1183243 | | |

This serves to acknowledge receipt of your grievance to this office. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", I have reviewed all documents provided as part of the grievance. Upon consideration of the grievance, it is the decision of this office to reject your grievance due to a failure to comply with the provisions of the DC-ADM 804, as specified below:

**Rationale:**
- Grievance does not indicate that you were personally affected by a Department or facility action or policy.

**Response:**

You have not shown that you were personally affected by a DOC or facility policy or action. You are only speculating harm.

| Signature: | | |
|---|---|---|
| Name: | S. Hnatkovich | |
| Title: | Facility Grievance Coordinator | |
| Date: | 12-17-25 | |

cc: Facility Grievance Coordinator
    DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-C**

Issued: 1/26/2016  Effective: 2/16/2016

QQ6837    Grievance #:        1183243

CATLETT, CHARLES M

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
_11 8 3 2 4 3_
GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: Houtzdale | DATE: 12/15/2025 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Charles Catlett - QQ6837 | SIGNATURE OF INMATE: Charles Catlett | |
| WORK ASSIGNMENT: Am Kitchen Worker | HOUSING ASSIGNMENT: BB-2 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Lt./Sgt. Harkelroad. on Monday December 15, 2025 @ 7:00pm, was overheard by an inmate as well as myself that she was going to withdraw In-House mail I had written to Parole out of the mailbox located on the Unit (BB). I've had problems before with this same officer since I've arrived on this block, but believed that as long as I stayed out of her presence that it would subside and blow over. Please make sure that my In-House mail to my Parole Agent has been received by him (Miller) and would also like to file a Seperation against her.

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

RECEIVED
SUPT'S ASST OFFICE
DEC 17 2025
SCI-HOUTZDALE
HOUTZDALE, PA 16698

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 1 – Grievances & Initial Review**
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
*1177389*
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: *Hartzdale* | DATE: *11/12/2015* |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) *Charles TATLETT* | SIGNATURE OF INMATE: *Charles TATLETT* | |
| WORK ASSIGNMENT: *AM Kitchen Worker* | HOUSING ASSIGNMENT: *B-A #24* | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On November 7th 2015, Friday, unidentified inmates made threats on my life with CO Roller and CO Love as well as Unit Manager Swanson present who not only heard them but encouraged them. This has been a continuing issue since I arrived on the block Monday, August 11, 2005. It has carried on from IS block when it was rumored that I snitched on someone on the streets which followed me into SCI Hartzdale. I have, on a number of occasions requested to be removed off the block because my safety, but the situation has escalated every single day. She has continued to leave me in harm's way by not moving me off the block. Now, as of today by receiving the rejected Grievance Form you sent back to me, Unit Manager Swanson, along with CO Roller and CO Love came into agreement that I should be moved to IS block where there are fellow gang members who will execute a "hit" on me. The whole person is privy to this.

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                               Date

WHITE Facility Grievance Coordinator Copy      CANARY File Copy      PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*                    ***Attachment 1-A***
Issued: 1/26/2016
Effective: 2/16/2016

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
*117739*
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: *Houtzdale* | DATE: *11/12/2025* |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) *Charles Catlett* | SIGNATURE OF INMATE: *Charles Catlett* | |
| WORK ASSIGNMENT: *AM Kitchen Worker* | HOUSING ASSIGNMENT: *B-A #24* | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two
   pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On November 7th 2025, Friday, unidentified inmates made threats on my life with CO Keefer and CO Love as well as Unit Manager Swanson present, who not only heard them but encouraged them. This has been a continuous thing since I arrived on this block Monday, August 11, 2025. It has carried on from IB block where it was rumored that I snitched on someone on the streets which followed me into SCI Houtzdale. I have, on a number of occasions requested to be removed off the block to ensure my safety, but the situation has escalated every single day. She has continued to leave me in harm's way by not moving me off the block. Now, as of today, by receiving the rejected Grievance Form you sent back to me, Unit Manager Swanson, along with CO Keefer and CO Love came into agreement that I should be moved to IB block where there are fellow gang members who will execute a "hit" on me. The whole prison is privvy to this.

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

RECEIVED
SUPT'S ASST OFFICE

NOV 17 2025

SCI-HOUTZDALE
HOUTZDALE, PA 16698

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                                      Date

WHITE Facility Grievance Coordinator Copy          CANARY File Copy          PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*                                     *Attachment 1-A*
Issued: 1/26/2016
Effective: 2/16/2016