Smart Communications/PADOC
Cl Houtzdale
Charles M. Catlett
JP 6837
P.O. Box 33028
St. Petersburg, FL 33733

U.S. Courthouse/Clerks Office
700 Grant Street
Room 3110
Pittsburgh, PA 15219

INMATE MAIL
PA DEPT
OF CORRECTIONS



FIRST-CLASS MAIL
$003.00
05/11/2026 ZIP 16698
043M32207226

US POSTAGE