IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES MAURICE CATLETT,    :
       Plaintiff  :
    v.       : Case No: 3:26-cv-00611-PEO
MR. CLOSE *et al.*,     :
     Defendants  :

Memorandum Order

The above plaintiff/petitioner has submitted a pleading that has been docketed at the above caption. The pleading has the following defects and this matter will not proceed until those defects are corrected. The Clerk shall mark this matter administratively closed (that is not a dismissal) and re-open the matter when the defects are corrected.

___X___ There is no correct filing fee or completed motion to proceed *in forma pauperis*. To proceed with a habeas corpus petition, a petitioner must pay the filing fee (currently $5) or file a motion to proceed *in forma pauperis*. To proceed with a civil complaint, a plaintiff must pay the filing fee (currently $405) or file a motion to proceed *in forma pauperis*.

If plaintiff/petitioner is an inmate and a motion to proceed *in forma pauperis* is granted pursuant to the Prison Litigation Reform Act, the inmate will be required to pay a filing fee of $350 in installments from the inmate's account for a civil complaint; an inmate granted *in forma pauperis* status will not be required to pay any filing fee for a habeas petition. For all plaintiffs and petitioners, a motion to proceed *in forma pauperis* requires an affidavit that includes a statement of all assets the movant possesses and a statement that the person is unable to pay or give security for the necessary fees. 28 U.S.C.A.§ 1915(a)(1). For a prison inmate, the Prison Litigation Reform Act also requires the motion to proceed *in forma pauperis* to include a certified copy of the inmate's prison account statement for the last six months. *See* 28 U.S.C.§ 1915(a)(2):

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

_____ The complaint/petition is unsigned. See Fed R. Civ. P. 11(a).

1

___X___ The plaintiff failed to submit an inmate authorization form. To proceed *in forma pauperis*, the plaintiff must complete the enclosed form authorizing the inmate account officer to remit, in monthly installments, the full filing fee.

_____ The complaint/petition cannot be scanned because it is not on 8½ x 11 paper _____, contains writing on both sides of the page _____, is handwritten in an illegible manner _____, or contains these pages _____ or exhibits _____ that are too faint to reproduce. (If you cannot supply a legible copy, please describe what you contend the exhibit states.)

_____ The complaint/petition is missing numbered page _____ or fails to include the following exhibits identified in the complaint/petition: _____.

_____ The complaint/petition does not contain a demand for relief. *See* Fed R. Civ. P. 8(a).

_____ The complaint/petition contains a demand for relief seeking both a writ of habeas corpus and remedies properly sought in a civil complaint under the Prison Litigation Reform Act. The plaintiff/petitioner should specify which remedy he seeks. A writ of habeas corpus must be sought in a separate action from a complaint seeking other legal and equitable remedies.

Please remember to use the proper caption and docket number on all papers sent to the Clerk. Please remember to notify the Clerk of any change in address with a separate pleading: Do not assume that putting a new return address on your envelope will give the Clerk adequate notice.

DATE: <u>May 18, 2026</u>

_____
Peter E. Ormsby,
United States Magistrate Judge

Notice by U.S. Mail to:

Charles Maurice Catlett, QQ6837
SCI Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000