**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHARLES MAURICE CATLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:26-cv-611 |
| | ) | Judge Stephanie L. Haines |
| MR. CLOSE *et al.*, | ) | Magistrate Judge Peter E. Ormsby |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM ORDER**

Presently before the Court is a Complaint in Civil Action pursuant to 42 U.S.C. § 1983 filed *pro se* by Charles Maurice Catlett ("Plaintiff") (ECF No. 1). The matter was referred to Magistrate Judge Peter B. Ormsby for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

The Complaint was filed without a filing fee or an accompanying motion to proceed in forma pauperis. On May 18, 2026, Judge Ormsby administratively closed the case with the opportunity to reopen it once Plaintiff cured the deficient filing (ECF No. 4). On June 23, 2026, Plaintiff filed a Motion to Withdraw his Complaint (ECF No. 5). On July 8, 2026, Magistrate Judge Ormsby filed a Report and Recommendation (ECF No. 6) recommending that the Motion to Withdraw (ECF No. 5) be granted. The Parties were advised that they had fourteen days, or seventeen days for unregistered ECF users, to file written objections. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. No objections were filed, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 6) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant

to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Ormsby in this matter.

Accordingly, the following order is entered:

**ORDER**

AND NOW, this 14th day of August, 2026, IT IS ORDERED that the Motion to Withdraw (ECF No. 5) hereby is GRANTED; and,

IT IS FURTHER ORDERED that Magistrate Judge Ormsby's Report and Recommendation (ECF No. 6) is adopted as the Opinion of the Court.

The case is to remain closed and be terminated by the Clerk of Courts.

Stephanie L. Haines
United States District Judge

Charles Maurice Catlett
QQ6837
SCI Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000
PRO SE